**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KDUKESBOXING, INC.,

Plaintiff,

v. Case No. 3:26-cv-1426-MMH-SJH

DUKE UNIVERSITY,

Defendant.
___________________________________/

# O R D E R

**THIS CAUSE** is before the Court on its Order to Show Cause (Doc. 9; Order), entered June 8, 2026. On October 23, 2026, Plaintiff KDukesBoxing, Inc., responded to the Order. See generally Plaintiff's Response to Order to Show Cause (Doc. 18; Response). The Court defers taking further action on the Response until Defendant Duke University has been served with process. Accordingly, it is:

**ORDERED**:

Plaintiff KDukesBoxing, Inc., shall serve Defendant Duke University with process on or before **December 3, 2026**.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of November, 2026.

MARCIA MORALES HOWARD
United States District Judge

lc36

Copies to:
Counsel of Record